IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WAFORD BRYANT, et al, )<br>)<br>Plaintiffs, )<br>)<br>)<br>)<br>v. )<br>)<br>TERRY JACKSON, et al., )<br>)<br>Defendants. ) | No. 1:12-00093<br>Chief Judge Haynes |

## O R D E R

The status conference in this action currently set for Friday, May 2, 2014, is reset for **Monday, May 12, 2014, at 2:00 p.m.** in the **United States Courthouse in Nashville, Tennessee.** Plaintiffs' custodian is **ORDERED** to produce Plaintiffs to the United States Courthouse in Nashville, Tennessee for this hearing.

It is so **ORDERED.**

**ENTERED** this the 25nd day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge