# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

WAFORD BRYANT, et al.,       )
                                  )
      Plaintiffs,            )
                                  )      Case No. 1:12-cv-00093
v.                                   )      Chief Judge Haynes
                                  )
SOUTH CENTRAL CORRECTIONAL       )
FACILITY, et al.,                )
                                  )
      Defendants.          )

## O R D E R

Before the Court is the motion for a protective order by Defendants South Central Correctional Facility, Doreen Trafton, and Josh Pope (Docket Entry No. 149). Defendants seek to limit disclosure of internal investigation reports regarding the May 29, 2012 incident at issue in this action, as well as Plaintiff's medical records referenced at the status conference. This motion (Docket Entry No. 149) is **GRANTED** and the documents shall be filed under seal. Defendant shall allow Plaintiff access only to his medical records, but not to internal reports pending further Order of the Court.

It is so **ORDERED**.

**ENTERED** this the _11_ day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge